# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

ADONAY RAMIREZ, et al.

    Plaintiffs,

v.

EYE STREET DINING, INC., et al.

    Defendants.

Case No. 1:15-cv-1073 (ABJ)

## JOINT STIPULATION OF DISMISSAL

The Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, submit this Joint Stipulation dismissing with prejudice all claims in this matter and stipulate that the entire matter should be dismissed, with prejudice, with each party to bear their own respective costs and attorneys' fees.

Date: December 29, 2015

Respectfully submitted,

/s/Justin Zelikovitz (w/permission)
Justin Zelikovitz, (#986001)
LAW OFFICE OF JUSTIN ZELIKOVITZ
519 H Street NW
Washington, DC 20001
T: (202) 445-6960
F: (202) 683-6102
justin@dcwagelaw.com
*Counsel for Plaintiffs*

                                     CARR MALONEY P.C.

By:    */s/ Nat P. Calamis*
        Nat P. Calamis, #495680
        Suzanne E. Derr, #999813
        2020 K Street, NW, Suite 850
        Washington, D.C. 20036
        202-310-5500 (Telephone)
        202-310-5555 (Facsimile)
        npc@carrmaloney.com
        sed@carrmaloney.com
        *Counsel for Defendants*